# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE HOLDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LESLIE C. DEWALD,<br><br>    Defendant.<br><br>And Related Matters | Case No. 2:06-cv-1461-LDG (LRL)<br><br>(Consolidated with<br>Case No. 2:07-cv-0762-LDG)<br><br>**ORDER** |

     In new litigation between these parties, Case No. 2:10-cv-1536-LDG (LRL), the Court ordered the parties to show cause why the entire record of this litigation should remain sealed. The parties have filed their responses.

     In their response, the defendants indicate that they do not contend that this litigation should remain sealed.

     In their response, the plaintiffs indicate that they will withdraw their unilateral effort to enforce the parties' prior confidentiality agreements.

1  The Court construes the responses of all parties as concurring that the cause does
2  not exist to continue sealing the entire record of this litigation.
3  Accordingly,
4  THE COURT **VACATES** its May 28, 2008, Order, that sealed the entire record of
5  this litigation.
6  THE COURT **ORDERS** that the Clerk of the Court shall unseal the entire record of
7  this litigation.

9  DATED this __11__ day of May, 2011.

_____
Lloyd D. George
United States District Judge

2